UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Doris J. Klein,

Plaintiff,

vs.

Fortis Benefits Insurance Company,

Defendant.

File No. 01-1391RHK/SRN

**STIPULATION AND ORDER OF DISMISSAL**

---

The undersigned attorneys, on behalf of the above-named parties, hereby stipulate that the above-captioned lawsuit has been fully settled and compromised and may be dismissed with prejudice and with each party bearing its own costs. All rights of appeal are waived.

DATE: February 8, 2002

BIRD & JACOBSEN

Van P. Jacobsen (#142797)
305 Ironwood Square
300 Third Avenue, SE
Rochester, MN 55904
Telephone: (507) 282-1503

Attorneys for Plaintiff

DATE: February 5, 2002

DORSEY & WHITNEY LLP

Stephen P. Lucke (#154210)
Kevin C. Braley (#290373)
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant

FILED FEB 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

**ORDER**

**IT IS HEREBY ORDERED,** that the above-captioned lawsuit is dismissed with prejudice and without costs to either party.

Dated February 12, 2002.

BY THE COURT

Richard H. Kyle
United States District Court Judge